IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JESSE R. PEREZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 20-CV-728-SMY |
| | ) |
| MOHAMMED SIDDIQUI, et al, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Plaintiff Jesse R. Perez, an inmate of the Illinois Department of Corrections, filed the instant lawsuit pursuant to 42 U.S.C. § 1983 for alleged deprivations of his constitutional rights at Menard Correctional Center. On July 25, 2022, this Court dismissed some of his claims for failure to exhaust administrative remedies, pursuant to *Pavey v. Conley*, 544 F.3d 739 (7th Cir. 2008). Perez now moves for reconsideration (Doc. 92).

Under Rule 59(e), the Court may alter or amend its judgment if the movant "clearly establish[es] (1) that the court committed a manifest error of law or fact, or (2) that newly discovered evidence precluded entry of judgment." *Blue v. Hartford Life & Acc. Ins. Co.*, 698 F.3d 587, 598 (7th Cir. 2012) (quoting *Harrington v. City of Chicago,* 433 F.3d 542, 546 (7th Cir. 2006)). Relief sought under Rule 59(e) is an "extraordinary remed[y] reserved for the exceptional case." *Foster v. DeLuca*, 545 F.3d 582, 584 (7th Cir. 2008).

Motions for reconsideration are not appropriate vehicles for re-litigating arguments the Court previously rejected or for arguing issues or presenting evidence that could have been raised during the pendency of the motion presently under reconsideration. *Sigworth v. City of Aurora,* 487 F.3d 506, 512 (7th Cir. 2007). In other words, a proper motion to reconsider does more than

take umbrage and restate the arguments that were initially rejected. *County of McHenry v. Ins. Co. of the West*, 438 F.3d 813, 819 (7th Cir. 2006).

Here, Perez merely reasserts arguments about his grievances and administrative exhaustion that this Court already addressed. Because he fails to identify any newly discovered case law, or a manifest error of law or fact committed by the Court, his Motion for Reconsideration (Doc. 92) is **DENIED**.

**IT IS SO ORDERED.**

**DATED: February 7, 2023**

**STACI M. YANDLE**
**United States District Judge**