IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JESSE R. PEREZ, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 20-CV-728-SMY |
| | ) |
| MOHAMMED SIDDIQUI, et al, | ) |
| | ) |
| Respondents. | ) |

## ORDER

**YANDLE, District Judge:**

In this § 1983 civil rights action, the Court partially granted Defendants' Motion for Summary Judgment for failure to exhaust administrative remedies (Doc. 87). Petitioner filed a Motion to Reconsider (Doc. 92) which was denied on February 7, 2023 (Doc. 104). Petitioner then filed a Notice of Interlocutory Appeal on May 24, 2023 (Doc. 110). Now before the Court is Petitioner's Motion for Leave to Appeal *in Forma Pauperis* ("IFP") (Doc. 116).

A federal court may permit a party to proceed on appeal without full pre-payment of fees provided the party is indigent and the appeal is taken in good faith. 28 U.S.C. § 1915(a)(1) & (3); FED. R. APP. P. 24(a)(3)(A). A person seeking leave to appeal in forma pauperis must attach to the motion an affidavit that not only shows his indigence but also claims entitlement to redress and "states the issues that the party intends to present on appeal." *Id.* An appeal is taken in good faith if a reasonable person could suppose that the appeal has some merit. *Walker v. O'Brien*, 216 F.3d 626, 632 (7th Cir.), *cert. denied*, 531 U.S. 1029 (2000), *citing Lee v. Clinton*, 209 F.3d 1025, 1026 (7th Cir. 2000).

Here, Perez has included a verified statement which demonstrates that he does not have the ability to pay the appeal fee. That said, his appeal is not taken in good faith. Perez has not provided

an affidavit identifying any controlling questions of law for the Court to certify for interlocutory appeal. As such, the Court finds that no reasonable person would suppose that his appeal has merit because there is no controlling question of law at issue. While Perez argues that there are questions of fact in dispute, factual disputes alone do not support an interlocutory appeal. Accordingly, the Motion for Leave to Proceed on Appeal IFP is **DENIED**.

**IT IS SO ORDERED.**

**DATE:  October 11, 2023**

**STACI M. YANDLE**
**United States District Judge**