**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **JESSE R. PEREZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 20-CV-728-SMY** |
| | ) | |
| **MOHAMMED SIDDIQUI, et al,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

**YANDLE, District Judge:**

In this § 1983 civil rights action, the Court granted summary judgment for Defendants Zimmer, Locke, Ritz, Wexford, and Wills and partial summary judgment for Defendant Siddiqui on their Motion for Summary Judgment for Failure to Exhaust Administrative Remedies (Doc. 87). The Court then granted summary judgment in favor of Defendant Siddiqui (Doc. 128). The Clerk's Judgment was entered on March 30, 2024 (Doc. 129). Plaintiff filed a Notice of Appeal on May 1, 2024 (Doc. 130). Now before the Court is Plaintiff's Motion for Leave to Appeal *in Forma Pauperis* ("IFP") (Doc. 135).

A federal court may permit a party to proceed on appeal without full pre-payment of fees provided the party is indigent and the appeal is taken in good faith. 28 U.S.C. § 1915(a)(1) & (3); FED. R. APP. P. 24(a)(3)(A). An appeal is taken in "good faith" if it seeks review of any issue that is not clearly frivolous, meaning that a reasonable person could suppose it to have at least some legal merit. *Lee v. Clinton*, 209 F.3d 1025, 1026 (7th Cir. 2000).

Plaintiff has provided necessary details regarding his financial condition, from which the Court finds that he is indigent. The Court further finds that Plaintiff's appeal is taken in "good

faith" as it seeks review of this Court's grant of summary judgment. Accordingly, the Motion for Leave to Proceed on Appeal IFP is **GRANTED**.

**IT IS SO ORDERED.**

**DATE:  June 26, 2024**

_____
**STACI M. YANDLE**
**United States District Judge**